**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P. O. BOX 65
MACON, GEORGIA 31202-0065

CHAMBERS OF
MARC T. TREADWELL
JUDGE

TELEPHONE: 478-752-3500
TELECOPIER: 478-752-3502

# DISCOVERY ORDER MEMORANDUM

TO:        All Counsel and Pro Se Parties

FROM:    Judge Marc T. Treadwell

DATE:    August 2, 2013

RE:        5:13-CV-72-MTT, HUTCHINS v BIBB COUNTY SCHOOL DISTRICT

As described in the Rules 16/26 Order, it is now time for the attorneys and pro se parties to submit a report on the status of discovery.

To prepare the report you must first discuss with all counsel and any pro se parties, either in person or by telephone, any discovery issues. The report should summarize the status of both written discovery and depositions. The report should also address any expert discovery issues.

This report must be filed with the Court within ten (10) days of the date of this order. The attorneys and any pro se parties must cooperate in the preparation of the report. The report may be filed jointly or severally. If any attorney or pro se party believes that it would be appropriate to have a telephone conference with the Court to discuss any discovery issues, contact Teri L. Hatcher, Courtroom Deputy (478-752-0717), to schedule a telephone conference.