RECEIVED
CLERK'S OFFICE

2013 AUG 13 PM 1:41

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

**Submitted to: Judge Treadwell- Federal District Judge**

**Middle Georgia Federal District Court**

**Presented- August 13, 2013**

**Jerome Hutchins v. Bibb County School System**

**Charge- Racial Discrimination- Based on separate but unequal treatment during employment that lead to termination in May of 2012.**

**Similar Federal Case- 1954 Brown vs. Topeka, Kansas School System**

**Wish of the Plaintiff- I would like my Job back and 1 million dollars in compensation.**

***Judge Treadwell ,on yesterday, August 12, I met with Bibb County's attorney for a deposition hearing. I was unsatisfied because I feel that some evidence that I had will no bet included in the presentation to you. I am turning in my evidence that I feel was not included for the records to you. I apologize if I am out of order but I loss a lot of possessions. I will continue to cooperate but I want this evidence to be on the record.***

***Thank You,***

***Jerome Hutchins- Plaintiff***

Civil Action No:
5:13-cv-72

# Table of Content

Page 1-----------------Introduction of Deposition- Hutchins vs. Bibb County School System

1a---------------- Table of contents

2---------------- Notice of Right to Sue

3----------------- Board Policies distribution Date- Jan. 13, 2012

4----------------- Mr. Hutchins 2012 CRCT Results

5----------------- Weaver's CRCT 6th Grade Results from 2011 and Bench Mark Recap from 9/22/11 and 2/18/12

6---------------- Weaver Middle's 9/22/11 Bench Mark Recap- With students ID #

7---------------- Letter founded in my mail box on 4/13/12

8-10------------ Interrogation letter request sent to Bibb County attorneys in June 2013

11--------------- First Settlement request letter sent to Bibb County Attorneys in June 2013

12----------Adjusted Settlement request letter sent to Bibb County Atty. on June 17, 2013

13---------- My Resume sent to Bibb County Atty. in June, 2013

14--------- Palm Beach County School document requirement list

15---------Mr. Hutchins Classroom Management Plan for 2012

16--------- Mr. Hutchins Certified Teaching Certificate for the State of Georgia- Math (4-8)

17-18----- Evaluation from Randolph Clay Middle School- 2011- Mrs. Morris-Principal

19-20-----Evaluation Thomson Middle- Houston County- 2010- Mrs. Dunn- Principal

21-----Letter from the Georgia Dept. of Labor Terminating Unemployment Benefits- 2013

Civil Action No:
5:13-CV-72



**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
2020 5710

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

December 27, 2012

Mr. Jerome Hutching
229 Northridge Drive
Macon, GA 31220

Re: EEOC Charge Against BIBB County Schools
No. 410201205663

Dear Mr. Hutching:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

The investigative file pertaining to your case is located in the EEOC Atlanta District Office, Atlanta, GA.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Thomas E. Perez
Assistant Attorney General
Civil Rights Division

by Karen L. Ferguson

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Atlanta District Office, EEOC
BIBB County Schools





BIBB COUNTY SCHOOL DISTRICT

**To:** All Bibb County School District teachers, paraprofessionals, school-based staff and district staff

**Date:** January 13, 2012

**Subject:** Physical Contact with Students – Administrative Directive

The Bibb County School District takes seriously the safety of its students both physically and environmentally. The safety and integrity of that environment are compromised when teachers and staff resort to the use of inappropriate physical contact.

Inappropriate physical contact has serious consequences on the well being of our students and the purpose of this memorandum is to serve as guidance and protection for our employees as they teach our children.

The behavior of our students must be taught and shaped by classroom teachers and staff with respect, caring, and dignity, not through pain or humiliation. The outcome of an effective education rests on the quality of the relationship that is established between the student, the teacher, and the classroom environment. The School District encourages each of you to evaluate your method of reacting to student behavior and make changes where necessary to ensure that the student-educator relationship is a positive one that goes untarnished.

The following outlines what physical contact with students is and is not appropriate. You should always err on the side of caution and not touch a student in questionable situations.

(1) Ordinarily, any time that you touch a student it must be welcomed by the student and be for the purposes of instruction, praise or comfort.

(2) As set forth in the Student Guidelines for Success: Corporal Punishment will no longer be used in the Bibb County School District.

(3) Never touch a student in anger, impatience, or frustration.

(4) When "redirecting" a student who is off-task or misbehaving, the use of physical contact is appropriate only if the student is in immediate danger of harming himself or someone else.

(5) When "redirecting" a student who is off-task or misbehaving, threats of physical contact should not be used in order to redirect the student's behavior.

Civil Action No.
5: 13-CV-72

**WEAVER MIDDLE SCHOOL**
**CRCT – SPRING 2012**
**PERCENT MEETS OR EXCEEDS**
**ALL SUBJECTS**

**7TH GRADE**

| TEACHER | READING | LANG. ARTS | MATH | SCIENCE | SOCIAL STUDIES |
|---|---|---|---|---|---|
| B.. Wills | 77% | 88% | 73% | 70% | 48% |
| J. Hutchins | 68% | 76% | 80% | 73% | 62% |
| T. Parham | 69% | 73% | 68% | 52% | 37% |
| A. Brown | 73% | 77% | 74% | 59% | 26% |
| **7-1 AVERAGE** | **72%** | **79%** | **74%** | **64%** | **43%** |
| | | | | | |
| S. Lawrence | 89% | 75% | 75% | 48% | 57% |
| S. Scarbrough | 78% | 75% | 71% | 45% | 55% |
| R. Tennyson | 57% | 57% | 58% | 29% | 29% |
| V. Grant | 83% | 82% | 69% | 24% | 50% |
| B. Tard | 72% | 62% | 66% | 38% | 62% |
| **7-2 AVERAGE** | **76%** | **70%** | **68%** | **37%** | **51%** |
| | | | | | |
| K. Davis | 93% | 100% | 93% | 67% | 67% |
| D. Williams | 100% | 100% | 100% | 100% | 100% |
| **7-3 AVERAGE** | **97%** | **100%** | **97%** | **84%** | **84%** |
| | | | | | |

Civil Action No: 5:13-CV-72



**2011 6th Grade CRCT Result for Math- Weaver Middle School**

**According to the Georgia Dept of Education= Report Card**

**Only 37%- Met the standard in math.**

**2012- Many of the same students at the seventh Grade.**

**74% in Mr. Hutchins section met the standard.**

**Student Population- 130**

**Bench Mark Results- 9/22/11**

**58.9% of student met the standard.**

**Student Population- 130**

**Bench Mark- 2/28/12**

**68% of students met standard.**

Civil Action No:
5:13-CV-72

Bench Mark: 09/22/11- Weaver MIDDLE 7TH GRADERS- PERIOD

| | Algebra | Geometry | Data/Probability | Measurement | Numbers and operation | Total |
|---|---|---|---|---|---|---|
| 115949 | | | | | | |
| 87588 | | | | | | |
| 78310 | | | | | | |
| 88908 | | | | | | |
| 83743 | | | | | | |
| 84369 | | | | | | |
| 94689 | | | | | | |
| 114043 | | | | | | |
| 111322 | | | | | | |
| 105992 | | | | | | |
| 78103 | | | | | | |
| 83835 | | | | | | |
| 84148 | | | | | | |
| 82565 | | | | | | |
| 89145 | | | | | | |
| 78161 | | | | | | |
| 117430 - 115383 | | | | | | |
| 94712 | | | | | | |
| 86330 | | | | | | |
| 83066 | | | | | | |
| 87679 | | | | | | |
| 83901 | | | | | | |
| 83266 | | | | | | |
| 87333 | | | | | | |
| 78129 | | | | | | |
| 98846 | | | | | | |
| 83260 | | | | | | |
| 113405 | | | | | | |
| 86729 | | | | | | |
| 87557 | | | | | | |
| 93381 | | | | | | |
| 83452 | | | | | | |
| **270220000-2 Math 7** | | | | | | |
| **Hutchins** | **54%** | **62%** | **68%** | **52%** | **58%** | **59 %** |

Civil Action No: 5:13-CV-72

7

Bruce Giroux,
Director of Testing
Bibb County School District
484 Mulberry Street
Macon, GA 31201

Mr. Bruce,

It has been brought to my attention that, during CRCT administration, a teacher was reading an eBook in class while the 8th grade students in Mrs. Shelley's room were testing. This occurred on April 10, 11 and 12 of 2012. This is an electronic device. These devices are not allowed in the classroom during testing. Also this teacher told the building testing coordinator what they had done.

Sincerely,

Concerned Parent

CC Dr. Romain Dallemand, Bibb County School District Superintendent
BC Dr. Jim Martin, Georgia State Superintendent of Schools

Civil Action No:
5:13-CV-72



Chronological sequence of events that constituted racial discrimination against Jerome Hutchins with attachments supporting the claims.

## 9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of my employment, is/are as follows:

- The Bibb County School System wrongfully terminated me on April 15, 2012 on racial discrimination reasons.

The following is a chronological sequence of events that led to my termination.

-I was hired and recommended by Pam Carswell on September 22, 2011. I was hired as the 7th grade math teacher. It should be noted that upon being hired I never received the board policies and procedures until late January. Upon receiving the policies they were date January 13, 2012. I have those policies in my possession, now.

-On Dec 15, 2012, Dr. Carswell asked me, in a called meeting, to sign a professional development plan. She said, due to my handling of a situation on Dec. 8, 2012, where a student was "Rapping loudly" during the school wide writing test, I could have handle the situation differently. It should be noted that during the faculty meeting prior to the test, which was confirmed by Mr. Brown, who was the cluster leader, I followed protocol. Dr. Carswell, said it would help strengthen me as a teacher. I really didn't know what a PDP was. I was for advancement, so, I looked at it objectively. She then said I had to have a 70% passing rate on the CRCT Test. Well, at that point, I said I would like to seek counsel on this. (I had concerns since only 30% of the 6th grader that I had, had passed the test the year before.) She said then, "If you don't sign this today you will be non-renewed for next year". I left the meeting and call the board for a meeting with Dr. Dallmand. I could only get a March 12, 2012 date. Dr. Carswell, tried to meet with me again and I told her that I will not sign anything like that until I meet with the superintendent.

-March 12, 2012, I met with Dr. Dallmand. He asked me" had any of the other teachers had such a request on their PDP". I told him I had canvas the other teachers and no one had such a request from her. He told me to meet with Dr.

Civil Action No:
5:13-CV-72



Chronological sequence of events that constituted racial discrimination against Jerome Hutchins with attachments supporting the claims.

Carswell and the Zone Superintendent- Dr. Colwell and sign the PDP but don't worry about it. I went to the school on the 13th of March and told Dr. Carswell in the hall the next morning. She only looked at me and didn't say anything.

- March 22, 2012, I had my annual meeting with Dr. Carswell, I told her once again, that Dr. Dallmand had request that she, myself and the zone superintendent were to sit down and that I was to sign the PDP after, such meeting. Dr. Carswell , said "there will be no more meetings. I presented the PDP to you on Dec. 15, 2011 and you didn't sign." She said in that meeting that I ignored board policies. (*Remember that I never received the policies until late January.)

-April 15, 2012, I was told by the board that I would be terminated at the end of the school year by Myra Abrams, then the Deputy Superintendent of Human Resources. I called the superintendent after leaving the meeting and the earliest I could meet with him was on July 16, 2012

-April 15, 2012, the CRCT score came out and 74% of my students pass the test. Dr. Carswell, never told me congratulation. My test scores were the highest in the 7th grade math at Weaver Middle School.

-June 5, 2012- Dr. Carswell retired from the Bibb County School System.

-I met with Dr. Dallmand on July 16, and August 6, 2012 to be reinstated, but he refuses to do it, event though he knew that there was never a second meeting, which he ordered.

-August 8, 2012 I filed charges with the EEOC.

-December 27, 2012- Received "Notice of Right to Sue" letter.

-It should be noted that a white female teacher (Ms. Hector), used an e-reader during the CRCT Test, which I reported on April 12 to my cluster leader Mr. Anthony Brown, since I was a Proctor in that room, but nothing ever came of it and she was not given a PDP. Also, a student's parent wrote a letter to the school) the next day (April 13, 2012 and referred to the testing center at the state

Civil Action No: 5:13-CV-72

Chronological sequence of events that constituted racial discrimination against Jerome Hutchins with attachments supporting the claims.

department. The date and letter is attached. That letter was founded by me in the teacher's lounge in my mail box. I immediately told Dr. Thompson, who took the letter to Dr. Carswell. Nothing came of this as far as I know. It appears that Dr. Carswell `ignored this event.

Also, another teacher, who was white (Mrs. Wells), had fights in her room every other day. Her room was next to my room. Mrs. Wells returned to work after Christmas break. Fights started and continued from April 1 to May, every other day. No, this was not dealt with by Dr. Carswell. Had this been me I would have been reprimanded.

Civil Action No:
5:13-cv-72



Jerome Hutchins

2074 Forest Hill Rd. Apt 22D

Macon, Ga. 31210

478-320-6635

Date- 4/17/2013

To: Atty. McArthur,

Atty. McArthur, I retired from Brown and Williamson in 2006. I purchased my house in 1995. I knew that I only had about 10 years before I would own my house. My house on 229 Northridge Dr. in Macon, Ga. was appraised at $200,000 at the time I lost it. I knew that I needed another career in order to keep paying my mortgage. I knew I need a career that would pay a better than average salary. I graduated from college in 78', so I knew I could possibility become a teacher. I became a teacher under the TAPPS program, which gave me a salary of about $30,000. Since, I became a teacher I been earning about$ 60, 000 per year with my retirement, which was more than enough to maintain my life style and mortgage. The action taken by Bibb BOE denied me the income to maintain my mortgage which causes me to lose my house. It also causes me to seek employment in another state. I am 57 years old. Having to start over is going to be difficult. In about 8 years I will be retirement age and still renting. I would have about paid for my house in Macon, had the board not fired me for racial reasons. I am asking for a settlement of two million dollars, which would allow me to stay in my home town and retire. My salary with the board would have been $40,000 per year for the next 8 years to retirement. That salary amounts to about $400k. In order to go to another state and start over it's going to be rough on me. I am also in graduate school, which would have allow me a better than average salary as a teacher in the Macon Area and allowed me to keep my certification as a teacher, even though I have enough PLUs to do that. I am not interest in moving to another state and starting over. This incident is causing me a lot of mental anguish because no one in the Middle Georgia Area wants to hire me because Bibb is giving me a bad reference. I am mentor to many children in the Macon area, who needs my assistance in being successful in their struggle to succeed in this world.

Thank You,

Jerome Hutchins

Civil Action No:
5:13-CV-72

**Re: Hutchins v. Bibb County School District**

FROM JEROME HUTCHINS TO 1 recipient

From

- 
- 

To

- 

This is my adjusted offer: You have injured me financially and mentally with your racial discrimination. Like I said before I lost my house, I am being displaced out the state, I have incurred mental anguished, and financial hardship. My offer is to give me my job back and 1 million dollars. That is it./

Jerome Hutchins- Certified Middle Grade Math Teacher- State of Georgia

June 17, 2013

--- On **Thu, 6/13/13, Meredith Baker <>** wrote:

Civil Action No: 5:13-CV-72

(13)

# JEROME HUTCHINS

2074 Forest Hill Dr. • Macon, Georgia 31220
Jhutchins2@yahoo.com: (478) 320-6635

## Middle Grade Math Teacher

Teaching • Mathematics • Student Oriented

***Certified Math Teacher***, with ***5 years of experience*** in teaching students in mathematics, curriculum development, lifetime learning goals, coaching, and training. ***Expertise:***

***"Improving Skills-Improving Character-Improving Continuous Education"***

- Classroom Management
- Performance Based
- Identifying Learner Needs
- Communication-Verbal and Written
- Critical Thinking Skills
- Mentoring
- Program Development and Implementation
- Assertive Discipline

Microsoft Office Proficient (Word • Excel • Power Point) Smart Board and Educational Software

## PROFESSIONAL EXPERIENCE

Mathematics Teacher

Taught mathematics activities to students and enriched students' mental advancement. Inspired a higher degree of parental involvement in students' education through the use of daily reports, notebook check-in system, and telephone calls. Significantly improved behavioral issues by devising and implemented a daily report system that encouraged self-monitoring; students realized consequences and rewards for their actions. Creatively developed and integrated lessons to supplement curriculum for subjects such as Mathematics, students has the advantage to increase learning across planned curriculum. Augmented student motivation to complete homework assignments by developing an ongoing reward system; students have made the effort to complete homework assignments. Maintained student attendance records, grades, and other required records.

## PROFESSIONAL EXPERIENCE (OTHER)

| | | | |
|---|---|---|---|
| Street to Success After school Program | Tutor | Macon, Georgia | 08/2012 to Present |
| Weaver Middle School | Teacher | Macon, Georgia | 09/2011 to 5/2012 |
| Randolph-Clay Middle School | Teacher | Cuthbert, Georgia | 07/2010 to 05/2011 |
| Thomson Middle School | Teacher | Centerville, Georgia | 10/2009 to 05/2010 |
| Bloomfield Middle School | Teacher | Macon, Georgia | 07/2007 to 05/2009 |
| Burke Elementary School | Paraprofessional | Macon, Georgia | 07/2006 to 05/2007 |

## EDUCATION

University of Texas, El Poso, Texas -Bachelor of Administration Business -Management
Graduate Student-Presently at Strayers University

## PROFESSIONAL TRAINING

| | |
|---|---|
| Director Day Care License- Bright from the Start- State of Georgia | 2011 |
| Georgia Teaching Certification (4th – 8th Grade) | 2009 |
| Praxis II Basic Content Test | 2009 |
| USA Track and Field Coach Level I | 2008 |
| Praxis I Basic Skills Test | 2007 |

CVN: 5:13-CV-72

## ACCOMPLISHMENTS

- In 2011, Pioneer Middle School Track Program for Randolph-Clay Middle School
- Founder of the Macon Striders Youth Track Program 83'
- Recipient of the Leadership Team as a First Year Teacher- Bloomfied Middle- Macon , Ga. 2007



THE SCHOOL DISTRICT OF
PALM BEACH COUNTY, FLORIDA

MAYRA STAFFORD
DEPARTMENT OF RECRUITMENT AND RETENTION
3300 FOREST HILL BLVD., A-132
WEST PALM BEACH, FL 33406-5813

MAYRA STAFFORD
Director

JANIS ANDREWS, Ed.D
CHIEF ACADEMIC OFFICER

F

Date: 5/9/13 Applicant Name: Jerome Hutchins Applicant ID#: 349984

Thank you for your interest in employment with the School District of Palm Beach County. In order to expedite the hiring process, please provide the information requested below. **Remember to include your applicant ID # on all correspondence sent to our office.** _When original documents are requested, please bring the originals to our office. We will make the copies and return your originals to you._

## Please submit only the item(s) checked below

_ Original High School Diploma, GED or Official High School Transcript. Provided foreign education must be translated and evaluated by an approved agency (see attachment).

_ Official College/University Transcript(s) showing 30 or more semester hours Provided foreign education must be translated and evaluated by an approved agency (see attachment).

☑ Official Degree Conferred College/University Transcript(s). Provided foreign education must be translated and evaluated by an approved agency (see attachment).

☑ Copy of your most recent teaching evaluation

_ Complete and have notarized the Verification of Self Employment form. Submit references, using the School District Employment Reference forms, from the three (3) people listed on the verification form. The forms are available at (PBSD 0606).

☑ Complete, sign and date the Security Check form (_no faxed or emailed copies will be accepted_). The form is available at www.palmbeach.k12.fl.us/.../forms.htm (PBSD 1665)

☑ Provide a minimum of three (3) School District Employment Reference forms, signed and dated by you and your evaluator, verifying the five (5) most recent years of employment from principals/supervisors. The forms are available at (PBSD 0606).

_ Provide a copy of valid teaching certificate(s) from any state and Florida Statement(s) of Status of Eligibility. If holding a temporary certificate, you **may** be required to submit a passing score on the General Knowledge Test. Also, per the No Child Left Behind Act, verification of Highly Qualified status is required.

_ Original **valid, current** Early Childhood Professional or Child Development Associate Certificate

_ Complete district required Keyboarding Test, Monday thru Friday 8:30 – 4:00, Suite A-132, photo identification required.

☑ *Complete the on line Orientation Forms: Log into your application with your User Name and Password; Under the Extended Job Offer section you will find the Job Title and Job ID# of the position for which you have been hired. Click on the Job Title and the forms will open..*

Carolyn Clark
HR Technician

E-mail Address

(561) 434-8061
Phone Number

EQUAL OPPORTUNITY EMPLOYER

Revised 06/19/12

Civil Action No: 5:13-CV-72

(15)

# MR HUTCHINS CLASSROOM MANAGEMENT PLAN
## SCHOOL YEAR 2012-2013

**ENTERING THE CLASSROOM**

**STARTING BELLWORK**

**QUIETING THE CLASS**

**TAKING BELL ROLL**

**RECITING CLASS MOTO**

**COLLECTING SEAT WORK**

**TURNING IN WORK**

**ALLOWING RESTROOM BREAKS**

**GOING TO LUNCH**

**EATING IN THE CAFETERIA**

**WORKING IN COOPERATIVE GROUPS**

**PICKING MONITORS**

**PINNING UP CLASS WORK**

**KEEPING THE NOISE LEVEL DOWN**

**SENDING NOTES HOME**

**HELPING A STUDENT WHO IS ABSENT**

**SENDING NOTES FROM HOME**

**SAYING"THANK YOU"**

**WORKING WHEN THE TEACHER IS OUT**

**CHANGING GROUP TRANSITIONS**

**LEAVING AT THE END OF CLASS**

**MEAN/DREAM**

Civil Action No:
5:13-CV-72

# GEORGIA EDUCATOR CERTIFICATE

Georgia Professional Standards Commission
Two Peachtree Street, Suite 6000
Atlanta, GA 30303

The Georgia Professional Standards Commission affirms that this individual has met the requirements for a Georgia Educator Certificate as indicated.

Jerome Hutchins, Mr.
229 Northridge Drive
Macon, GA 31220

| Certificate Number | Date Printed |
|---|---|
| 734167 | 5/29/2010 |

| Certificate Level | Effective Date of Certificate Level |
|---|---|
| 4 | 7/1/2007 |

| Title/Type | Field | Validity Period |
|---|---|---|
| | MIDDLE GRADES (4-8) - MATH [FLD851] | |
| T | MIDDLE GRADES (4-8) [FLD809] | 02/17/10 TO 06/30/15 |

Clear Renewable certificates are issued to eligible individuals who have met all requirements for professional certification. Refer to Rule 505-2-.0[illegible] for information on Clear Renewable certificates. Clear Renewable certificates may be renewed by earning 6 semester hours of acceptable college credit or 10 Georgia Professional Learning Units (PLUs) or 10 approved Continuing Education Units (CEUs) and completion of a criminal record check. Refer to Rule 505-20.24 for information on renewal requirements.

Please see the last page for legends and other information.

The holder of this certificate is responsible for being knowledgeable about current and revised rules.

Deborah Wilkes
Chair

Any alteration of this certificate will render it void

Kelly C. Henson
Executive Secretary

Civil Action No:
5:13-CV-72

RANDOLPH CLAY MIDDLE: ANNUAL TEACHER EVALUATION SUMMARY REPORT

17

Jerome Hutchins
Teacher's Name

| System State Code | | | School State Code | | | | Last 4 Digits Teacher SSN | | | | Last 4 Digits Primary Evaluator SSN | | | | Date | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 2 | 0 | 0 | 1 | 0 | 1 | 3 | 4 | 9 | 7 | 3 | 0 | 1 | 0 | 05 | 27 | 11 |

| Teacher's Race/Ethnicity | | Teacher's Sex | OVERALL EVALUATION SUMMARY |
|---|---|---|---|
| O American Indian, Alaskan Native | ● Black, Non-Hispanic | ● Male | ● Satisfactory |
| O Asian, Pacific Islander | O White, Non-Hispanic | | O Needs Improvement |
| O Hispanic | O Multi-Racial | O Female | O Unsatisfactory |

I. Ability to meet the school's student achievement goals

O Distinguished O Excellent O Above Average ● Acceptable O Marginal O Unsatisfactory O N/A

Comments:

II. Ability to deliver instruction using a variety of strategies

O Distinguished O Excellent O Above Average ● Acceptable O Marginal O Unsatisfactory O N/A

Comments:

III. Ability to apply concepts learned through professional development opportunities to classroom and school activities

O Distinguished O Excellent ● Above Average O Acceptable O Marginal O Unsatisfactory O N/A

Comments:

IV. Ability to interact in a professional manner with students, parents, other teachers, administrators, and other school personnel

O Distinguished ● Excellent O Above Average O Acceptable O Marginal O Unsatisfactory O N/A

Comments:

V. Timeliness and attendance for assigned responsibilities

O Distinguished ● Excellent O Above Average O Acceptable O Marginal O Unsatisfactory O N/A

Comments:

Civil Action No: 5:13-CV-72

18

VI. Adheres to School and local system procedures and rules

O Distinguished ● Excellent O Above Average O Acceptable O Marginal O Unsatisfactory O N/A

Comments:

VII. Personal conduct while in performance of school duties

O Distinguished ● Excellent O Above Average O Acceptable O Marginal O Unsatisfactory O N/A

Comments:

VIII. Enforces regulations concerning student conduct and discipline

O Distinguished O Excellent O Above Average ● Acceptable O Marginal O Unsatisfactory O N/A

Comments:

IX Maintains lesson plans as required by school policy

O Distinguished ● Excellent O Above Average O Acceptable O Marginal O Unsatisfactory O N/A

Comments:

X Takes precautions to protect records, equipment, books, materials, and facilities

O Distinguished ● Excellent O Above Average O Acceptable O Marginal O Unsatisfactory O N/A

Comments:

Signatures:

Primary Evaluator: Shirlette Morris Date: 5/27/2011

Teacher: [signature] Date:

Principal: Charlene Morris Date: 5/27/2011

* Signature acknowledges receipt of form, not necessarily concurrence. Final evaluation will be determined after analysis of test scores. Written comments may be provided and/or attached. Initial and date here if comments are attached

Civil Action No: 5:13-CV-72

(19)

STANDARD PROCESS

[illegible] Hutchins, Jerome [illegible] Houston Co. [illegible] Thomson Middle

[illegible] 7:30

[illegible] 1:00

[illegible]

The content [illegible] developed [illegible] [illegible] [illegible] [illegible] [illegible] for addition [illegible] [illegible] to transfer to [illegible] [illegible] stressed the [illegible] [illegible] The order of [illegible] [illegible] [illegible] [illegible] [illegible] expanded [illegible]

[illegible]

[illegible]

The learning environment and the use of time was appropriate. The students were all on task and transitioned smoothly into the group activity on evaluating [illegible].

[illegible] Tammy Dunn [illegible] 3/9/10 [illegible] Principal

[illegible] Jerome Hutchins [illegible] 3/15/10 [illegible]

[illegible] Comments:

Civil Action No: 5:13-CV-72

20

STANDARD PROCESS

[illegible] Houston Co. [illegible]

[illegible] 3-4 [illegible]

[illegible] 9:15

[illegible]: [illegible]
Math [illegible]

TEACHING TASK [illegible]

Comments: [illegible] the multiplication concept was a great way to [illegible] to introduce the concept of LCM and LCD. The guided practice focused on [illegible] the LCM and transferring that knowledge to finding the LCD. You [illegible] students to [illegible] prior knowledge [illegible] [illegible]. The transition from guided practice to [illegible] / independent practice was smooth.

TEACHING TASK [illegible]

Comments: You used student participation to [illegible] progress and to promote engagement. Students were allowed to work individually [illegible]. You used good [illegible] time and [illegible] the efforts of all students. Students were asked "How did you get your answer" if they did not show their work and [illegible] they did show their work.

TEACHING TASK 3: MANAGES THE LEARNING ENVIRONMENT

Comments: The use of time and the learning environment were very well managed. The students were on task and an established routine was evident.

SIGNATURES:

OBSERVER: [signature] DATE: 11/4/09 POSITION: Principal

TEACHER: [signature] DATE: 11/4/[illegible]

Teacher's Comments:

Civil Action No: 5:13-CV-72

Georgia Department of Labor
148 Andrew Young International Blvd NE
Atlanta, Georgia 30303-1751

21

JEROME HUTCHINS
2074 FOREST HILL RD 22-D
MACON GA 31210

***-**-3497

Weekly Benefit Amount $294
Potential Number of Weeks 13
Maximum Benefit Amount $3822

Date Mailed 08/07/13
Appeal Rights Expire 08/22/13

Your claim year begins on 08-06-13 and ends on 08-05-14. Your claim is based on wages paid from 04-01-12 to 03-31-13. Examine the wages carefully to be sure that they are reported correctly.

Unless a written appeal is filed, this determination becomes final 15 days after the date it is mailed to you. (If the 15th day falls on a Saturday, Sunday or state holiday, the next work day will be considered the 15th day for purposes of filing an appeal.) An appeal may be filed in person or mailed to the career center where the claim was filed.

| Employer | APR-JUN 12 | JUL-SEP 12 | OCT-DEC 12 | JAN-MAR 13 | Total |
|---|---|---|---|---|---|
| BIBB COUNTY SCHOOL | $7411.89 | $4941.26 | $2525.00 | $0.00 | $14878.15 |
| | | | | | |
| | $7411.89 | $4941.26 | $2525.00 | $0.00 | $14878.15 |

Between the filing of your previous claim and this claim you must have worked for an employer covered by unemployment insurance law. You must have earned at least ten times the weekly benefit amount of this claim. You have not earned that amount and cannot be paid benefits.

See back of this form for explanation of this monetary wage determination and other factors that affect your eligibility for benefits.

Your local Georgia Department of Labor Career Center has resources available at no charge to assist in your employment search. Mortgage payment assistance is available for qualified homeowners. Go to www.HomeSafeGeorgia.com.

DOL-411H(R-08/12)

Civil Action No
5:13-CV-72

22

# MR HUTCHINS CLASSROOM MANAGEMENT PLAN
## SCHOOL YEAR 2012-2013

ENTERING THE CLASSROOM

STARTING BELLWORK

QUIETING THE CLASS

TAKING BELL ROLL

RECITING CLASS MOTO

COLLECTING SEAT WORK

TURNING IN WORK

ALLOWING RESTROOM BREAKS

GOING TO LUNCH

EATING IN THE CAFETERIA

WORKING IN COOPERATIVE GROUPS

PICKING MONITORS

PINNING UP CLASS WORK

KEEPING THE NOISE LEVEL DOWN

SENDING NOTES HOME

HELPING A STUDENT WHO IS ABSENT

SENDING NOTES FROM HOME

SAYING"THANK YOU"

WORKING WHEN THE TEACHER IS OUT

CHANGING GROUP TRANSITIONS

LEAVING AT THE END OF CLASS

MEAN/DREAM

Civil Action No

5:13-CV-72