8/28/2013

RECEIVED
CLERK'S OFFICE
2013 AUG 28 PM 3:49
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Jerome Hutchins

2074 Forest Hill Rd. Apt- 22

Macon, Georgia 31210

Case: Hutchins vs. Bibb County School System.  ~~County Circuit Court No~~ -

Case No. 5:13-CV-72(MTT)

Dear Judge Treadwell:

    The purpose of this letter is to ask you for a <u>Motion for Summary of Judgment</u>. The reason I am asking this is because the evidence that I have submitted to you and the evidence I submitted to the board's attorney on August 12, 2013 in our deposition hearing, proves that the defendant Bibb County School System was absolutely wrong for terminating my employment with the school system that was based off of racial discrimination.

    Judge Treadwell, it is my request that you would have them to give me my job back and one million dollars in punitive damages and loss of assets for this racial act against me. I also want them to pay for any court cost for this proceeding.

Thank You,

Jerome Hutchins- Plaintiff