

|  |  |
|---|---|
| **Malcolm C. McArthur** | 440 College Avenue North, Suite 120 |
| P: (706) 316-0231 | Athens, GA 30601-2773 |
| E: MMcArthur@hallboothsmith.com | W: www.hallboothsmith.com |
|  | P: (706) 316-0231  F: (706) 316-0111 |

September 17, 2013

Mr. Gregory J. Leonard
Clerk of Court
United States District Court, Middle District of Georgia
475 Mulberry Street
Macon, Georgia 31202

      **RE:**   *Hutchins v. Bibb County School District*
              **5:13-cv-00072-MTT**

Dear Mr. Leonard:

      This letter will confirm, pursuant to Local Rule 6.2, the extension of time of fourteen (14) days, through and including October 2, 2013, for Defendant to file its response to Plaintiff's motion for summary judgment.

      With kindest regards, I am

                              Very truly yours,

                              Malcolm C. McArthur

MCM/mmb
cc:    Jerome Hutchins *(via email and regular US Mail)*


51271711-1

**A**THENS | ATLANTA | BRUNSWICK | TIFTON | ALBANY | NASHVILLE | COLUMBUS | CHARLESTON

