IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JEROME HUTCHINS,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-72 (MTT) |
| **BIBB COUNTY SCHOOL DISTRICT,** | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Plaintiff's motion for summary judgment (Doc. 9) and the Defendant's motion for an extension of time to respond to the Plaintiff's motion for summary judgment (Doc. 11). The Plaintiff's motion fails to comply with Fed. R. Civ. P. 56 and Local Rule 7.1.[1] Accordingly, the Plaintiff's motion is **DISMISSED without prejudice**, and the Defendant's motion is **DENIED as moot**. The Court notes the deadline for filing a proper motion for summary judgment is November 8, 2013.

**SO ORDERED,** this the 1st day of October, 2013.

                                                  S/ Marc T. Treadwell
                                                  MARC T. TREADWELL, JUDGE
                                                  UNITED STATES DISTRICT COURT

---

[1] A copy of the local rules are enclosed with this Order.