```
                                    RECEIVED
                                 CLERK'S OFFICE

                                 2013 NOV -8  AM 8:14

11/8/2013                          U.S. DISTRICT COURT
                                 MIDDLE DIST. OF GEORGIA
                                     MACON, GEORGIA
```

Jerome Hutchins

2074 Forest Hill Rd. Apt- 22

Macon, Georgia 31210


Case:  Hutchins vs. Bibb County School System.    County Circuit Court No. - 5:13-CV-72


Dear Judge Treadwell:


    The purpose of this letter is to respectfully ask you to disallow procedure to stand in the way for a <u>Motion for Summary of Judgment,</u> since I am Pro Se. The reason I am asking this is because the evidence that I have submitted to you and the evidence I submitted to the board's attorney on August 12, 2013 in our deposition hearing proves that the defendant Bibb County School System was absolutely wrong for terminating my employment with the school system that was based off of racial discrimination.

    Judge Treadwell, it is my request that you would have them to give me my job back and one million dollars in punitive damages and loss of assets for this racial act against me. I also want them to pay for any court cost for this proceeding.

I received your letter Judge Treadwell asking me to re-submitted this letter for a <u>Motion for Summary of Judgment</u> because you said that I didn't follow proper procedure. I have tried to seek out a lawyer even to this date of November 8, 2013, but many that I asked to represent me said no. I ask that you please excuse by unskilled stand and just look at the facts and award a judgment based off of the facts that Bibb County School District acted in racial discrimination in terminating me from my job as Math Teacher in 2012.

Judge Treadwell, as you know I have searched to the last hour to find a lawyer but to no avail. I respectfully ask that the court give me an extension to allow for an appointed lawyer by the Federal courts to represent me to allow for the procedure necessary to request this <u>Motion for Summary Judgment</u> if you can't disregard my unskilled Pro Se stand in your decision making.

Thank You,

*[signature]*

Jerome Hutchins- Plaintiff